UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
JAMES SERVEDIO,

                      Plaintiff,

    -against-

TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA et al.,

                      Defendants.
-------------------------------------------------------x

No. 20 CV 3907-LTS-SDA

ORDER OF DISMISSAL AS AGAINST TRAVELERS INDEMNITY COMPANY

        The attorneys for the Plaintiff have advised the Court that this action has been dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) as against The Travelers Indemnity Company only.  Accordingly, it is hereby ORDERED that this action is dismissed with prejudice as against The Travelers Indemnity Company and without costs to any party, but without prejudice to restoration of the claims against that Defendant, if a party wishes to restore the claims or extend the time within which they may be settled, within thirty (30) days of the date of this order.

        The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court to be so ordered.

    SO ORDERED.

Dated: New York, New York
       August 6, 2020

                                        /s/ Laura Taylor Swain
                                       LAURA TAYLOR SWAIN
                                       United States District Judge