UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/2021
```

James Servedio,

                Plaintiff,

-against-

Travelers Casualty Insurance Company of America, The Travelers Indemnity Company,

                Defendant.

1:20-cv-03907 (LTS) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

The telephonic status conference currently scheduled for April 13, 2021 is hereby adjourned to April 20, 2021 at 11:00 a.m. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

SO ORDERED.

DATED:    New York, New York
              March 31, 2021

_____
STEWART D. AARON
United States Magistrate Judge