UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JAMES SERVEDIO,

                      Plaintiff,

      -against-                                          20 **CIVIL** 3907 (LTS)(SDA)

## **JUDGMENT**

TRAVELERS CASUALTY INSURANCE
COMPANY OF AMERICA,

                      Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated December 6, 2021, Defendant's motion to dismiss the Second Amended Complaint is granted in its entirety; accordingly, the case is closed.

**Dated:** New York, New York

      December 7, 2021

                                                            **RUBY J. KRAJICK**

                                                            _____
                                                            **Clerk of Court**

                    **BY:**                  K. Mango

                                                           _____
                                                             **Deputy Clerk**